# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRIETTA RENTERIA,** <br> Plaintiff, <br> v. <br> **NANCY A. BERRYHILL, Acting Commissioner of Social Security** <br> **Defendant.** | **NO. EDCV 16-1612-KS** <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on October 13, 2017, IT IS ORDERED that fees in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: October 16, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE